249 F.2d 315
 BUILDING MATERIAL AND CONSTRUCTION, ICE AND COAL DRIVERS,
WAREHOUSEMEN AND YARDMEN, LOCAL UNION NO. 659, International
Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers
of America, AFL-CIO, et al., Appellants,
v.
Hugh E. SPERRY, Regional Director of the Seventeenth Region
of the National Labor Relations Board, etc.
 No. 15802.
 United States Court of Appeals Eighth Circuit.
 Sept. 10, 1957.
 
 David D. Weinberg, Omaha, Neb., for appellants.
 Stephen Leonard, Assoc. Gen. Counsel, National Labor Relations Board, Washington, D.C., and Thomas C. Hendrix, Acting Chief Law Officer, National Labor Relations Board, Kansas City, Mo., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court, D.C., 149 F.Supp. 243, dismissed with prejudice, without taxation of costs in favor of either of parties in this Court, on stipulation of parties.